UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND PAINTERS OF GREATER
NEW YORK LOCAL UNION 1974 *et al.*,

                          Petitioners,

                  -v-                                          25 Civ. 9833 (PAE)

PAR WALL FINISHING INC.,                                       ORDER

                          Respondent.

---

PAUL A. ENGELMAYER, District Judge:

On November 25, 2025, petitioners moved to confirm an arbitral award, Dkt. 1, attaching

a memorandum of law, Dkt. 1-1, a declaration, Dkt. 2, and exhibits, Dkt. 2-1. Proceedings to

confirm an arbitral award are "treated as akin to a motion for summary judgment." *D.H. Blair &*

*Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, the Court sets the following

briefing schedule:

- Respondent's opposition is due January 9, 2026.

- Petitioners' reply, if any, is due January 16, 2026.

Petitioners shall serve this order, as well as their petition and supporting papers, on

respondent forthwith, and file proof of such service on the docket of this case by December 23,

2025.


SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 16, 2025
       New York, New York