# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 5, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Paul A. Engelmayer, U.S.D.J.
500 Pearl Street
New York, NY 10007

      *Re:*    **Drywall Tapers and Painters of Greater New York Local Union 1974** *et al.*
              **v. Par Wall Finishing Inc.**
              **Case No.: 1:25-cv-09833-PAE**

Dear Judge Engelmayer:

      This firm represents defendant Par Wall Finishing Inc. in the above referenced case. The parties jointly and respectfully request, for the first time, an extension of Respondent's deadline to file an opposition to Petitioner's Petition to Confirm Arbitration Award from January 9, 2026 to January 23, 2026. We further request for Petitioner's deadline to file a reply, if any, be extended to February 6, 2026.

      The parties thank this Court for its time and attention to this matter.

                                            **MILMAN LABUDA LAW GROUP PLLC**

                                            <u>   /s/ Joseph M. Labuda, Esq.    </u>
                                            Joseph M. Labuda, Esq.

cc:      Lauren M. Kugielska, Esq.