BIS | BARNES IACCARINO & SHEPHERD LLP
ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell V. Shepherd

Abrahim M. Assaily
Matthew J. Berger*
Danielle M. Carney
Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

Roy Barnes, Retired

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

February 4, 2026

VIA ECF
Honorable Paul A. Engelmayer
United States District Court, S.D.N.Y.
40 Foley Square New York, NY 10007

Re: Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO, et al. v. Par Wall Finishing Inc. a/k/a Par Wall Finishers Corp.

Case No.: 1:25-cv-09833-PAE

Dear Judge Engelmayer,

This firm represents Petitioners Drywall Tapers and Painters of Greater New York Local Union 1974, et al. in the above referenced matter. On November 25, 2025, Petitioners filed a petition to confirm an arbitration decision and award. On January 23, 2026, Respondent Par Wall Finishing Inc., et al. filed an application to vacate the arbitration decision and award. In accordance with the Federal Rules of Civil Procedure (FRCP), Petitioners must file an opposition to Respondent's application to vacate the arbitration decision and award by February 6, 2026. I have several imminent deadlines that impair my ability to prepare and file Petitioners' opposition by February 6th. In light of these circumstances, Petitioners respectfully request upon consent that its time to file an opposition to Respondent's application be extended until February 20th.

Petitioners have not submitted a prior extension request in this matter.

I appreciate your time and attention to this case. Thank you.

Respectfully submitted,
*/s/ Lauren M. Kugielska*
Lauren M. Kugielska