SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Painters Local Union No. 1974 Benefit Funds,<br><br>Petitioners,<br><br>-against-<br><br>Par Wall Finishing Inc. a/k/a Par Wall Finishers Corp.,<br><br>Respondent. | Case No.: 25-cv-09833-PAE<br><br>**AFFIRMATION IN SUPPORT OF COSTS** |

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Lauren M. Kugielska, Esq., being duly sworn, deposes and says:

1. I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino & Shepherd LLP as the attorneys of record for the Petitioners, Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO (hereinafter referred to as the "Union") and Trustees of the Drywall Tapers and Painters Local Union No. 1974 Benefit Funds (hereinafter referred to as the "Funds") (hereinafter collectively referred to as the "Petitioners").

2. I am fully familiar with the facts set forth herein, and I submit this Affirmation in support of attorneys' fees and costs in this action.

3. Neither I nor any associate of the firm are salaried employees of the Petitioners. I am fully competent to make this Affirmation and I have personal knowledge of the facts stated herein. To my knowledge, all the facts stated in this Affirmation are true and correct.

4. The amount of costs incurred in the present action consist of the following items and amounts:

| | |
|---|---|
| (a) Filing Fee paid to the Clerk of the Court of the S.D.N.Y. | $405.00 |
| (b) Statutory fee paid to the NYS Secretary of State in connection with service upon the Employer | $328.84 |
| Total: | $733.84 |

A true copy of proof of the costs and disbursements in this matter is attached hereto as Exhibit "A." *See* Exhibit "A."

**WHEREFORE,** Petitioner respectfully requests that this Court enter judgment for court costs in the amount of $733.84 in connection with this action, in addition to entering judgment, confirming the Arbitration Award of the Joint Trade Committee in its entirety, and directing Respondent to pay $733.84 with post-judgment interest.

Dated: Hempstead, New York
August 3, 2026

*/s/ Lauren M. Kugielska*
Lauren M. Kugielska, Esq.
Barnes, Iaccarino & Shepherd LLP
*Attorneys for Petitioners*
3 Surrey Lane
Hempstead, NY 11550
(516) 483-2990