UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRYWALL TAPERS AND PAINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO AND TRUSTEES OF THE DRYWALL TAPERS *and* PAINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,

Petitioners,

-v-

PAR WALL FINISHING INC. a/k/a PAR WALL FINISHERS CORP.,

Respondent.

25 Civ. 9833 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 24, 2026, the Court granted petitioners' motion to confirm a labor-arbitration award and denied Par Wall's cross-motion to vacate it. Dkt. 25. The Court directed petitioners to file a declaration setting out their costs incurred in this action, which declaration petitioners filed on August 3, 2026. Dkt. 26. The Court's July 24, 2026 order further directed Par Wall, within one week of petitioners' declaration—*i.e.*, by August 10, 2026—to file a letter stating whether it disputes any of petitioners' claimed costs and explaining the basis for such dispute. Dkt. 25. Par Wall has made no such filing.

It is hereby ORDERED that by **August 19, 2026**, Par Wall (1) advise the Court in writing why it failed to advise the Court whether it disputes any of petitioners' claimed costs; and (2) file a letter stating whether it disputes any of petitioners' claimed costs, and, if so, explain concretely which costs and on what basis. The Court will resolve any such disputes by separate order.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Dated: August 14, 2026
New York, New York