UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Painters Local Union No. 1974 Benefit Funds,

Petitioners,

-against-

Par Wall Finishing Inc. a/k/a Par Wall Finishers Corp.,

Respondent.

Case No.: 1:25-cv-09833-PAE

**JUDGMENT**

---

This action having been commenced on November 25, 2025 by the filing of the Petition to confirm an Arbitration Decision and Award (the "Award"), and the Court granting Petitioners' motion to confirm the Award and denying Respondent's cross-motion to vacate it [ECF No. 25], and the Court awarding Petitioners' undisputed claim to costs [ECF No. 31], it is

**ORDERED, ADJUDGED AND DECREED**: that the Petitioners have judgment against Respondent in the liquidated amount of Two Hundred Eighty-Six Thousand Two Hundred Sixty-Three Dollars and Sixty-Six Cents ($286,263.66), which includes the following: Decision and Award of the Joint Trade Board amount due and owing in the sum of $285,529.82, and court costs and disbursements in the sum of $733.84.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of the Petitioner be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

SO ORDERED.

Dated: August 28, 2026
New York, New York

PAUL A. ENGELMAYER
United States District Judge